# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  SHARON E. MOORE  
1909 IVY TERRACE  
ROCKFORD, IL  61102  

SSN-xxx-xx-0868

Case Number: 07-71104

Case filed on: 5/4/2007  
Plan Confirmed on: 8/7/2007  

D Dismissed

Total funds received and disbursed pursuant to the plan: $6,775.49        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 002 | INTERNAL REVENUE SERVICE | 2,305.74 | 2,305.74 | 0.00 | 0.00 |
|  | Total Priority | 2,305.74 | 2,305.74 | 0.00 | 0.00 |
| 999 | SHARON E. MOORE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMERICAN GENERAL FINANCE | 15,435.00 | 7,500.00 | 2,951.31 | 639.91 |
| 012 | AMERICAN GENERAL FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 15,435.00 | 7,500.00 | 2,951.31 | 639.91 |
| 001 | AMERICAN GENERAL FINANCE | 99.95 | 8,034.95 | 0.00 | 0.00 |
| 002 | INTERNAL REVENUE SERVICE | 99.27 | 99.27 | 0.00 | 0.00 |
| 003 | PREMIER BANKCARD/CHARTER | 184.47 | 184.47 | 0.00 | 0.00 |
| 004 | ASSOCIATED RECOVERY SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | COMED CO | 321.03 | 321.03 | 0.00 | 0.00 |
| 006 | ENDEAVOR DENTAL CENTER | 203.60 | 203.60 | 0.00 | 0.00 |
| 007 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | MUTUAL MANAGEMENT SERVICES | 732.19 | 732.19 | 0.00 | 0.00 |
| 009 | NICOR GAS | 490.65 | 490.65 | 0.00 | 0.00 |
| 010 | ROCKFORD MERCANTILE AGENCY INC | 226.00 | 226.00 | 0.00 | 0.00 |
| 011 | TEUSCHER DENTAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | AMERICAN GENERAL FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CAPITAL ONE BANK (USA) NA | 576.30 | 576.30 | 0.00 | 0.00 |
| 014 | SPRINT NEXTEL - DISTRIBUTION | 212.81 | 212.81 | 0.00 | 0.00 |
| 015 | ATTORNEY MARGART KREITLOW | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ROUNDUP FUNDING LLC | 952.98 | 952.98 | 0.00 | 0.00 |
| 017 | AMERICASH LOANS LLC | 682.50 | 682.50 | 0.00 | 0.00 |
| 018 | AMERICASH LOANS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 4,781.75 | 12,716.75 | 0.00 | 0.00 |
|  | Grand Total: | 25,222.49 | 25,222.49 | 5,651.31 | 639.91 |

Total Paid Claimant:     $6,291.22  
Trustee Allowance:       $484.27  
Percent Paid Unsecured:  0.00  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/26/2009        By  /s/Heather M. Fagan